IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILLIAM VASQUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation,<br><br>Defendant. | CV 18–164–M–DLC<br><br>ORDER |

Before the Court is Defendant BNSF Railway Company's Unopposed Motion for Extension of Time to Reply to Motion for Protective Order Quashing Plaintiff's Deposition of Laurence Fernandes. (Doc. 49.)

IT IS ORDERED that the motion (Doc. 49) is GRANTED. BNSF shall file its reply brief on or before March 5, 2020.

DATED this 26th day of February, 2020.

*[signature]*

Dana L. Christensen, Chief District Judge
United States District Court

-1-