UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILLIAM VASQUEZ,<br><br>            Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br>a Delaware corporation,<br><br>            Defendant. | Case No. CV-18-164-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

Judgment

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of BNSF Railway Company and against Vasquez in accordance with the order issued on today's date.

Dated this 29th day of May, 2020.

TYLER P. GILMAN, CLERK

By: /s/ A.S. Goodwin
A.S. Goodwin, Deputy Clerk

