IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILLIAM VASQUEZ, <br><br> Plaintiff, <br><br> vs. <br><br> BNSF RAILWAY COMPANY, a Delaware corporation, <br><br> Defendant. | CR 18–164–M–DLC <br><br><br> ORDER |

Before the Court is the parties' Stipulation for Dismissal with Prejudice. (Doc. 88.) IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE, each party to bear its own fees and costs.

DATED this 22nd day of July, 2020.

_____
Dana L. Christensen, District Judge
United States District Court